# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Bryan Davis
      Cassandra Davis
          Debtor(s)

Case No. 15 B 30438

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

     Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/04/2015.

2)  The plan was confirmed on 12/17/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 09/21/2017.

5)  The case was Dismissed on 09/28/2017.

6)  Number of months from filing to last payment: 22.

7)  Number of months case was pending: 30.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $31,175.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$31,175.00** |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,800.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,331.19 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,131.19** |

Attorney fees paid and disclosed by debtor:          $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Loans Financial | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 600.00 | 664.11 | 664.11 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,150.00 | 2,798.27 | 2,798.27 | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 9,100.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Castle Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Castle Pay Day | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 644.00 | 1,508.10 | 1,508.10 | 0.00 | 0.00 |
| Collection Company of America | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 287.00 | 872.73 | 872.73 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| CreditBox.com LLC | Unsecured | 0.00 | 2,831.59 | 2,831.59 | 0.00 | 0.00 |
| GEMB/HH Gregg | Unsecured | 1,223.00 | NA | NA | 0.00 | 0.00 |
| Gembppbycr | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| Golden Valley Lending | Unsecured | 0.00 | 630.00 | 630.00 | 0.00 | 0.00 |
| Green Stream Lending | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 5,847.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection Solutions | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Secured | 2,500.00 | 2,782.51 | 2,782.51 | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 0.00 | 2,028.10 | 2,028.10 | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 21,146.16 | 21,146.16 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 190.00 | 476.67 | 476.67 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Quantum3 Group | Unsecured | 0.00 | 90.96 | 90.96 | 0.00 | 0.00 |
| Santander Consumer USA Inc | Secured | 22,136.00 | 27,112.58 | 22,136.00 | 10,899.78 | 1,355.55 |
| Santander Consumer USA Inc | Secured | 24,905.00 | 25,715.30 | 24,905.00 | 12,263.35 | 1,525.13 |
| Santander Consumer USA Inc | Unsecured | NA | 4,976.58 | 4,976.58 | 0.00 | 0.00 |
| Santander Consumer USA Inc | Unsecured | NA | 810.30 | 810.30 | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Silver Cloud Financial | Unsecured | 0.00 | 900.00 | 900.00 | 0.00 | 0.00 |
| steven fink & assoc | Unsecured | 1,221.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 1,809.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Medical C | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| Uncle Warbucks | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 11,000.00 | 118,797.86 | 118,797.86 | 0.00 | 0.00 |
| University of Chicago Physicians Gr | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Value Auto Mart Inc | Unsecured | 0.00 | 7,728.78 | 7,728.78 | 0.00 | 0.00 |
| WOW Internet Cable & Phone | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $49,823.51 | $23,163.13 | $2,880.68 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$49,823.51** | **$23,163.13** | **$2,880.68** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$166,260.21** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $5,131.19 |
| Disbursements to Creditors | $26,043.81 |
| | |
| **TOTAL DISBURSEMENTS** : | **$31,175.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/26/2018                             By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**